IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00209-CMA-KLM

MATTHEW MICHAEL CIMINO

    Plaintiff,

v.

SERGEANT LONG,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion For Ex Parte Case Summary** [#14][1] (the "Motion"). In the Motion, Plaintiff, who proceeds in this matter pro se, requests a summary of the instant action.

    As an initial matter, it is Plaintiff's responsibility to be informed about the status of his case. It is not the Court's role to keep the parties informed about the status of the case. When an order is issued by the Court, the Clerk of the Court will mail Plaintiff a copy of that order, but it is Plaintiff's responsibility to understand the status of his case and to manage all aspects of his case, including complying with the Federal Rules of Civil Procedure, the Local Rules in this District, and all orders of this Court. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992); see also *Nielson v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994) (*pro se* litigants must follow the same procedural rules that govern other litigants). The Court cannot be Plaintiff's advocate nor can the Court offer Plaintiff legal advice. *See Whitney v. New Mexico*, 113 F.3d 1170, 1173-74 (10th Cir. 1997) (citing *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991)). To the extent that Plaintiff feels that he cannot bear the responsibility at this time, he may voluntarily dismiss his case without prejudice pursuant to Fed. R. Civ. P. 41(a).

    However, the Court will order the Clerk of the Court to enclose with this Minute Order a copy of the docket for this case. The docket shows every document that has been

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

filed in this case.  This is the only time the Court will send Plaintiff a copy of the docket.

IT IS HEREBY **ORDERED** that the Motion [#14] is **DENIED**.

IT IS FURTHER **ORDERED** that the Clerk of the Court shall mail to Plaintiff a copy of this Minute Order along with a copy of the docket.

Dated:  March 25, 2014