**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00209-CMA-KLM

MATTHEW MICHAEL CIMINO,

    Plaintiff,

v.

SERGEANT LONG,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Adopting and Affirming August 21, 2014 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on September 15, 2014 it is

    ORDERED that the Recommendation of United States Magistrate Judge Kathleen M. Tafoya (Doc. No. 31) is AFFIRMED and ADOPTED as an order of this Court.

    It is further ORDERED that:

1. The Order to Show Cause (Doc. No. 29) is MADE ABSOLUTE;

2. Defendant's Motion to Dismiss (Doc. No. 22) is DENIED WITHOUT PREJUDICE;

3. The Complaint (Doc. No. 1) is DISMISSED; and

4. This case is DISMISSED IN ITS ENTIRETY.  It is further

ORDERED that the Defendant shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 16th day of September, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/  A. Thomas

Deputy Clerk